COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Willow Creek Golf Club, Inc.

Appellate case number:    01-22-00553-CV

Date Motion Filed:           July 27, 2022

Party Filing Motion:        Relator


It is ordered that relator's request for en banc consideration is **denied**.  *See* TEX. R. APP. P. 41.2, 49.5.




Judge's signature: _____/s/ Sherry Radack_____
                            ☒  Acting for the En Banc Court


Date:  ___August 23, 2022____

En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, and Farris.

Justice Guerra, not sitting.